UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 04 B 21511
   THOMAS C MURPHY
   DIANE M MURPHY                               CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-9068    SSN XXX-XX-7075
```

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/04/04 and confirmed on 08/05/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  20160.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| NEW LENOX STATE BANK | SECURED | .00 | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | SECURED | 12230.00 | 789.78 | 12230.00 |
| ASPIRE VISA | UNSECURED | 6428.16 | .00 | 1172.24 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6355.36 | .00 | 1158.97 |
| CITIFINANCIAL | UNSECURED | 1842.64 | .00 | 336.02 |
| FCC ACCEPTANCE CORP | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 991.53 | .00 | 180.82 |
| ROUNDUP FUNDING LLC | UNSECURED | 5991.57 | .00 | 1092.63 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2136.95 | .00 | 389.70 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6393.78 | .00 | 1165.97 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1699.34 | .00 | 309.89 |
| ROUNDUP FUNDING LLC | UNSECURED | 1143.53 | .00 | 208.53 |
| WILLIAM M SHAPIRO | UNSECURED | NOT FILED | .00 | .00 |
| CHASE AUTOMOTIVE FINANCE | UNSECURED | 1494.62 | .00 | 272.56 |

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 12230.00 | .00 | 34477.48 | .00 | 46707.48 |
| PRINCIPAL PAID | 12230.00 | .00 | 6287.33 | .00 | 18517.33 |
| INTEREST PAID | 789.78 | .00 | .00 | .00 | 789.78 |
| TOTAL PAID | 13019.78 | .00 | 6287.33 | .00 | 19307.11 |

The Debtor's attorney, STUART B HANDELMAN            , was allowed $   2200.00
and was paid $   2200.00  direct and $      .00  through the plan.

The Trustee received $     852.89 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/11/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE


PAGE  2
CASE NO. 04 B 21511 THOMAS C MURPHY & DIANE M MURPHY